CHAD HATFIELD
Attorney at Law
Hatfield Law, PLLC
8131 W Klamath Ct, Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GABRIEL BOHMS,<br><br>      Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 2:23-cv-01583-YY<br><br>~~PROPOSED~~ ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

Plaintiff and plaintiff's axillaries was awarded at least $38,422.95 in backpay. Twenty-five percent of the backpay is $9,605.74. Counsel for Plaintiff has previously petitioned and been awarded EAJA attorney fees from this Court in the amount of $5,846.42.

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $9,605.74. This Court finds that §406(b) attorney fees in the amount of $9,605.74

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-1

are a reasonable attorney fee and hereby awards Chad Hatfield, attorney for plaintiff, §406(b) attorney fees in the amount of $9,605.74. An offset of $5,846.42 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Hatfield of $3,759.32.

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Hatfield in the amount of $9,605.74 and plaintiff is due an offset of $5,846.42 for previously paid EAJA fees, leaving a net attorney fee due Mr. Hatfield of $3,759.32.

IT IS SO ORDERED this 24th day of February, 2026.

_____
Youlee Y. You
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/ CHAD HATFIELD WSBA #34080
Attorney for Plaintiff
8131 W Klamath Ct, Ste D
Kennewick, WA 99336
Telephone: (509) 945-0946
Fax: (855) 945-0946

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-2